IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BILLY JOE MILES,

    Plaintiff,

v.                                No. 13-1082

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,[1]

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING THE
DECISION OF THE ALJ
_____

Before the Court is the appeal of the Plaintiff, Billy Joe Miles, of the final decision of the Commissioner of Social Security (the "Commissioner") denying his application for disability insurance benefits and supplemental security income. Pursuant to an order of reference dated February 3, 2017 (Docket Entry ("D.E.") 19), Chief United States Magistrate Judge Diane K. Vescovo, on March 22, 2017, entered a report and recommendation, recommending that the determination of the Commissioner be affirmed (D.E. 20). As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the report and recommendation is hereby ADOPTED and the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED this 12th day of April 2017.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE

---

[1] At the time the complaint was filed, Michael J. Astrue was Commissioner of Social Security. Since January 23, 2017, the post of Acting Commissioner has been held by Nancy A. Berryhill.